BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>3581 N. PARKWAY DRIVE,<br>APT. 145<br>FRESNO, CALIFORNIA 93722 | S.W. NO. 1:11-SW-00016-SMS<br><br>ORDER RE: MOTION TO UNSEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, the filings in this case having been previously sealed by order of the Court and it appearing that such filings no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the filings in the above-captioned case number, including the search warrant, search warrant application and affidavit previously sealed by the Court, be unsealed and made public record.

Date: November 14, 2012

BARBARA A. MCAULIFFE
United States Magistrate Judge